1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  **MATTHEWS & ASSOCIATES**
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11
                                              )   **Case No. 06-6464 CRB**
12  IN RE: BEXTRA AND CELEBREX               )
    MARKETING SALES PRACTICES AND            )   **MDL NO. 1699**
13  PRODUCT LIABILITY LITIGATION             )   **District Judge: Charles R. Breyer**
                                              )
14  _____      )
                                              )
15  Joann Kemper, as Personal Representative of )
    the Estate of Blanche Broussard,         )   **STIPULATION AND ORDER OF**
16                                            )   **DISMISSAL WITH PREJUDICE**
                         Plaintiffs,          )
17                                            )
                 vs.                          )
18                                            )
    Pfizer Inc., et al.                       )
19                       Defendants.          )

20  _____

21      Come now the Plaintiff, Joann Kemper, as Personal Representative of the Estate of

22  Blanche Broussard, and Defendants, by and through the undersigned attorneys, pursuant to

23  Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action

24  **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys'

25  fees and costs.

26

27

28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: Jan. 12, 2010       MATTHEWS & ASSOCIATES

By: _____
David P. Matthews
*Attorneys for Plaintiffs*

DATED: Jan. 12, 2010       DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 17 2010

_____
Hon. Charles R. Breyer
United States District Court

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE